# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** July 25, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **TYSON, Christopher Sean**
**Case No.: 5:20-CR-45-1BO**
**<u>Request for Early Termination</u>**

**TO:** Terrence W. Boyle
United States District Judge

On November 23, 2020, Christopher Sean Tyson was convicted of Possession of a Firearm by Felon. Mr. Tyson appeared in United States District Court for the Eastern District of North Carolina and received 41 months imprisonment, followed by 3 years of supervised release. On November 17, 2022, pursuant to a Remand Hearing, he received 38 months imprisonment, followed by 3 years of supervised release. He began supervision on November 22, 2022.

Mr. Tyson has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since July 12, 2023. All drug screens have been negative. Mr. Tyson is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on November 21, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge

7-25-24
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                       **Crim. No. 5:20-CR-45-1BO**

**CHRISTOPHER SEAN TYSON**

On November 22, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                       I declare under penalty of perjury that the foregoing is true and correct.

                       /s/Timothy L. Gupton
                       Timothy L. Gupton
                       Senior U.S. Probation Officer
                       310 New Bern Avenue, Room 610
                       Raleigh, NC 27601-1441
                       Phone: 919-861-8686
                       Executed On: July 25, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2024.

                       Terrence W. Boyle
                       United States District Judge